**Brief Stricken and Order filed September 25, 2018**



In The

# Fourteenth Court of Appeals

———————

NO.  14-18-00578-CV

———————

## IN THE INTEREST OF C.W., A CHILD

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 89737-F**

## ORDER

Appellant's brief discloses the names of the parents at issue in this parental-rights termination case. The minor's identity may be ascertainable from the parents' names. The court may order that a minor's parent or other family member be identified only by an alias if necessary to protect a minor's identity. Tex. R. App. P. 9.8(b)(1)(B).

Accordingly, the court orders as follows:

1. Appellant's brief, filed September 24, 2018, is **STRICKEN**.

2. To protect the identity of the child at issue in this case, the child's parents and other family members must be identified only by an alias.

Tex. R. App. P. 9.8(b)(1)(B).

3. Appellant shall file a brief that complies with Rule 9.8(b)(1) and this order by **October 8, 2018**.

4. If appellant does not file a brief as required by this order, appellant's counsel may be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM